1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 8264
3  SUSAN CUSHMAN
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Susan.Cushman@usdoj.gov
6
   *Attorneys for the United States*
7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9  | UNITED STATES OF AMERICA, | Case No. 2:25-cr-00179-RFB-BNW |
   |---|---|
10 | Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
11 | v. | |
12 | PAULINO GONZALEZ, | |
13 | Defendants. | |

15      The United States of America, by and through Assistant U.S. Attorney Susan

16 Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3,

17 that Christopher Wenger, Trial Attorney with the United States Department of Justice,

18 Criminal Division, Fraud Section, be permitted to appear before this Court in the above-

19 captioned case.

20      Mr. Wenger is a member of good standing in the bars of Massachusetts, New York,

21 and Washington, D.C. He is employed by the United States as an attorney, and, in the

22 course and scope of his employment, he has occasion to appear before the Court on behalf

23 ///

24

of the United States in connection with the above-captioned matter.

Contact information for Mr. Wenger is provided below:

Christopher Wenger
Trial Attorney
U.S. Department of Justice
Criminal Division
1400 New York Ave NW
Washington, D.C. 20005
Tel: 202-445-9670
Email: Christopher.Wenger@usdoj.gov

Dated: November 3, 2025.

                                                  Respectfully submitted,

                                                  */s/ Susan Cushman*
                                                  SUSAN CUSHMAN
                                                  Assistant United States Attorney
                                                  Chief, Criminal Division

IT IS SO ORDERED:

                                                HONORABLE RICHARD F. BOULWARE, II
                                                UNITED STATES DISTRICT JUDGE

Dated: 11/4/2025