# Exhibit B

| | |
|---|---|
| **From:** | Darci Reich-Smith |
| **To:** | Oliva, Jessica (USANV) |
| **Cc:** | Wenger, Christopher (CRM); Butland, Shane (CRM); Miranda Kane; Jordan Dickson |
| **Subject:** | RE: US v Gonzalez, 2:25-cr-179-RFB-BNW, 9/10 hearing |
| **Date:** | Thursday, August 20, 2026 6:17:18 AM |
| **Attachments:** | image001.png |

Good morning all,

This is the parties opportunity to present all evidence related to the motion, so you definitely want to plan on this being an evidentiary hearing.

I don’t think continuing it will be a problem for Judge, but I do want to advise we have no availability from 9/16 through the end of September and we have a 10 day trial set beginning October 5, so you may wish to work together to offer a few dates outside that window.

Also, will you please include how much time you all expect the hearing to take in your stip if you file one? As it stands I have the entire afternoon blocked out for you, so from 12:15 to 5:00.

Thank you!
Darci

*Darci Reich-Smith*
Courtroom Administrator to the
Honorable Richard F. Boulware, II
United States District Court
District of Nevada
702-464-5436

---

**From:** Oliva, Jessica (USANV) <Jessica.Oliva@usdoj.gov>
**Sent:** Wednesday, August 19, 2026 9:27 AM
**To:** Darci Reich-Smith <darci_reichsmith@nvd.uscourts.gov>
**Cc:** Wenger, Christopher (CRM) <Christopher.Wenger@usdoj.gov>; Butland, Shane (CRM) <Shane.Butland2@usdoj.gov>; Miranda Kane <mkane@conmetkane.com>; Jordan Dickson <jdickson@conmetkane.com>
**Subject:** US v Gonzalez, 2:25-cr-179-RFB-BNW, 9/10 hearing

**CAUTION - EXTERNAL:**

Hi Darci,

I hope your week is going well.

I am reaching out re: *U.S. v. Gonzalez*, 2:25-cr-179-RFB-BNW, in which the Court set a hearing (and continued it at the parties' request) on defendant Gonzalez's motion to withdraw his plea. The hearing is currently set for September 10, 2026.

By any chance, are you able to clarify whether the Court set this hearing as an evidentiary hearing, versus whether the Court is looking only for oral argument? We ask because if this will be an evidentiary hearing, the parties will file a stipulation to continue to ensure that Defendant's former counsel, Michael Pariente, can be present. (Michael Pariente will be out of the country on September 10.)

Thank you in advance! Please don't hesitate to reach out.

Best regards,
Jess

**Jessica Oliva**
**Assistant United States Attorney**
United States Attorney's Office, District of Nevada
501 Las Vegas Blvd. S., Suite 1100 | Las Vegas, NV 89101
Direct line: 702-388-6268 | Main number: 702-388-6336 | jessica.oliva@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.